MARGARET SIROT, EXECUTRIX (ESTATE OF MARVIN
SIROT) *v.* J. WILLIAM BURNS, COMMISSIONER
OF TRANSPORTATION

The plaintiff's petition for certification for appeal
from the Appellate Court, 37 Conn. App. 551 (AC
12410), is denied.

*David S. Golub* and *Jonathan M. Levine,* in support
of the petition.

*Paul E. Pollock,* in opposition.

Decided June 13, 1995

DIANA MOXON *v.* BOARD OF TRUSTEES OF
REGIONAL COMMUNITY COLLEGES

The plaintiff's petition for certification for appeal
from the Appellate Court, 37 Conn. App. 648 (AC
13515), is denied.

*Robert F. Carter,* in support of the petition.

*Loida John-Nicholson,* assistant attorney general, in
opposition.

Decided June 13, 1995